**I DEN AMERIKANSKE DISTRIKTSRET,
THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
MISSOURI SOUTHEASTERN DIVISION**

SOUTHEAST MISSOURI HOSPITAL og
SAINT FRANCIS MEDICAL CENTER på egne
og andres vegne, som befinder sig i samme situation,

|               |            |   |                              |
|---------------|------------|---|------------------------------|
|               | Sagsøgere, | ) | Sagsnummer 1:07-00031 (TCM)  |
|               |            | ) |                              |
| vs.           |            | ) | Byretsdommer Thomas C.       |
|               |            | ) | Mummert III                  |
| C.R. BARD, INC., |         | ) |                              |
|               |            | ) |                              |
|               | Sagsøgte.  | ) |                              |
|               |            | ) |                              |

**ANMODNING OM INTERNATIONAL RETSLIG ASSISTANCE I HENHOLD TIL
HAAG-KONVENTIONEN 18. MARTS 1970 VEDR. OVERFØRSEL AF
BEVISMATERIALE TIL ANDET LAND I CIVILE ELLER KOMMERCIELLE SØGSMÅL**

**Klagen fremført: 21. februar 2007**

Til Det Danske Justitsministerium:

I United States District Court for the Eastern District of Missouri verserer der en retssag med titlen *Southeast Missouri Hospital and Saint Francis Medical Center vs. C.R. Bard, Inc,* og det forekommer denne ret, at en retfærdig afgørelse af de deri fremlagte spørgsmål kræver, at der opnås vidneforklaring fra de følgende personer, som er bosiddende i Danmark:

Coloplast A/S' selskabsrepræsentant
Coloplast A/S
Holtedam 1 DK - 3050 Humlebæk, Danmark
Telf: +45 49 11 11 11

Derudover kræver en retfærdig afgørelse af de i disse sager fremførte problemstillinger, at dokumenter, som er i den følgende entitets besiddelse eller varetægt eller under dennes kontrol bliver fremlagt til inspektion:

Coloplast A/S
Holtedam 1
DK - 3050 Humlebæk, Danmark
Tlf: +45 49 11 11 11

Vi anmoder derfor om, at De hjælper denne ret med at varetage retfærdighedens interesser ved at foranledige de førnævnte personer til at fremmøde hos Dem eller hos en kompetent embedsmand udpeget af Dem og foranledige, at de bliver afhørt under edsansvar om de vedlagte emner, og at De får afhøringen nedfældet i skriftlig form og fremsender denne til denne ret i lukket kuvert adresseret til:

> Michael Roche
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, Illinois 60601-9703
> USA

Vi anmoder endvidere om, at De hjælper denne ret med at varetage retfærdighedens interesser ved at foranledige, at Coloplast A/S fremlægger de i denne retsanmodning specificerede dokumenter til inspektion mindst 30 dage før den anmodede afhøring.

1.      Afsendere:

> The United States District Court for the Eastern District of Missouri
> Thomas F. Eagleton Courthouse
> 111 S. 10th Street, Suite 3300
> St. Louis, MO 63102
> USA
> tlf: +1 (314) 244-7900

2.      Centralautoritet i den stat, hvortil anmodningen fremsendes:

> Det Danske Justitsministerium
> (Danish Ministry of Justice)
> Slotsholmsgade 10
> 1216 København K
> København, Danmark

3.      Personer til hvem materialerne for den opfyldte anmodning bedes tilsendt:

> Michael Roche
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, Illinois 60601-9703
> USA

> og

> The United States District Court for the Eastern District of Missouri
> Thomas F. Eagleton Courthouse
> 111 S. 10th Street, Suite 3300
> St. Louis, MO 63102
> USA

tlf: +1 (314) 244-7900

4.    Specificering af datoen, hvorpå den anmodende autoritet har behov for at modtage besvarelsen af denne retsanmodning:

Dato:

Den anmodende autoritet beder om en respons på denne retsanmodning så snart som muligt og anmoder yderligere om, at det lovbefalede vidneudsagn og tilvejebringelsen af dokumenterne finder sted med al rimelig hast.

Årsagen til sagens presserende natur:

Retten har befalet at afskæringsdatoen for forberedelsesfasen i denne retssag er 19. december, 2008. Retsbehandlingen af denne sag forventes at finde sted fra og med d. 20. april 2009.

I OVERENSSTEMMELSE MED ARTIKEL 3 I KONVENTIONEN HAR UNDERTEGNEDE ANSØGER DEN ÆRE AT FREMLÆGGE FØLGENDE ANMODNING:

5.    (a)    Den anmodende juridiske autoritet:

Thomas C. Mummert III
Byretsdommer for Amerikas forenede Stater
The United States District Court for the Eastern District of Missouri
Thomas F. Eagleton Courthouse 111 S. 10th Street, Suite 3300
St. Louis, MO 63102
USA
tlf: +1 (314) 244-7900

(b)    Til den kompetente autoritet i:

Danmark

(c)    Sagens navn og identifikationsnummer:

Den verserende sag, som afventer retsbehandling, har titlen *Southeast Missouri Hospital and Saint Francis Medical Center vs. C.R. Bard, Inc.*, og dens identificerende nummer er Civil Sagsnr. 1:07-00031

6.    Navne og adresser på de involverede parter of deres repræsentanter (inklusive repræsentanter i den stat, hvortil anmodningen fremsendes):

(a)    Sagsøgerne er:

(i)    Southeast Missouri Hospital
1701 Lacey Street
Cape Girardeau, MO 63701
USA

3

(ii)     Saint Francis Medical Center
150 S. Mount Auburn Road
Cape Girardeau, MO 63701
USA

Sagsøgte repræsenteres af:

(i)     Cook, Barkett, Maguire
and Ponder, LC
715 N. Clark, PO Box 1180
Cape Girardeau, MO 63702-1180

(ii)     Kirby McIrerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022

(iii)     Straus & Boies LLP
4041 University Drive
Fairfax, Virginia 22030

(iv)     Rusty Hardin & Associates, P.C.
1401 McKinney St., Ste. 2250
Houston, Texas 77010

(v)     McCulley McCluer PLLC
One Independence Drive, Suite 3201
Jacksonville, FL 32202

Sagsøgerne repræsenteres i Danmark af:

(i)     Intet anført

(b)     De sagsøgte er:

(i)     C.R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ, 07974
USA

De sagsøgte repræsenteres i USA af:

(i)     Kohn, Shands, Elbert,
Gianoulakis & Giljum, LLP
One US Bank Plaza, Suite 2410
St. Louis, MO 63101
USA

     (ii)     Winston & Strawn LLP
               35 W. Wacker
               Chicago, IL 60601
               USA

     Sagsøgerne repræsenteres i Danmark af:

     (i)     Intet anført

7.     Karakteren af det søgsmål hvortil bevismateriale er påkrævet, og en opsummering af klagen og relevante fakta:

Det verserende søgsmål er en civil retssag, hvori Southeast Missouri Hospital og St. Francis Medical Center ("sagsøgere") på egne vegne og for alle andre, som befinder sig i samme situation, har sagsøgt C.R. Bard, Inc. ("Bard") for overtrædelse af den amerikanske monopolret og monopolretslovgivningen i delstaten Missouri.

Søgsmålet angår urologiske katetre, hvoraf Bard er en ledende fabrikant. Urologiske katetre er fleksible slanger, som ledes gennem urinrøret for at tømme blæren. Der er to generelle typer af urologiske katetre, som der fokuseres på i dette søgsmål: intermitterende katetre og Foley katetre. Foley katetre kan være en af to typer: et standard Foley kateter eller et infektionskontrollerende Foley kateter, som blev udviklet til at bekæmpe urinvejsinfektion.

Gruppeindkøbsorganisationer (Group purchasing organizations "GPO'er") er organisationer, som forhandler kontrakter med fabrikanter såsom Bard på deres medlemmers vegne, i dette tilfælde hospitaler, som udgør en af de største grupper af slutbrugere af urologiske kateterprodukter. Sagsøgerne, to hospitaler, fremsætter den anklage, at Bards kontrakter med GPO'erne krænkede monopollovene ved at blokere for andre fabrikanter af urologiske katetre på markedet og forhøje de priser, som kunder betalte for urologiske katetre. Specifikt anklager sagsøgerne Bard for at bruge ekskluderende handelskontrakter og opretholde markedsandelsaftaler, føjelighedskontrakter og sanktionsbestemmelser, som havde til hensigt at holde andre firmaer ude fra markedet.

Sagsøgerne fremfører dette kollektive søgsmål på egne vegne of for alle andre, som befinder sig i samme situation. De fremfører den anklage, at som resultat af Bards ulovlige handlemåde blev sagsøger og alle medlemmer af det kollektive søgsmål berøvet muligheden for at købe andre, mere effektive urologiske katetre. Sagsøgerne ønsker at få tilkendt erstatning for overbetaling af urologiske katetre købt fra Bard i henhold til GPO-kontrakter fra 1. januar 2003 indtil d.d.

Rochester Medical Corporation ("Rochester") er en mindre fabrikant af urinvejskatetre. Sagsøgerne fremfører den anklage, at Rochester effektivt blev blokeret fra markedet af Bards konkurrenceforvridende handlemåde. Mere specifikt fremfører sagsøgerne den anklage, at Rochesters Release-NF infektionskontrol Foley katetre blev ekskluderet fra markedet som resultat af Bards påståede handlemåde.

5

I juni 2002 indgik Rochester og Coloplast en privat licensaftale, ifølge hvilken Coloplast fik eksklusivrettigheder til at markedsføre Release-NF verden over under Coloplast-navnet. Imidlertid blev denne aftale bragt til ophør på et tidspunkt i 2006 eller 2007.

I 2006 overtog Coloplast A/S Mentors urologiske forretning, og denne fremstiller urologiske produkter, som konkurrerer med Bards urologiske produkter.

8.      Bevismateriale, som skal fremskaffes:

Det anmodes herved om, at den danske juridiske autoritet beordrer og tilpligter Coloplast A/S til at stille den repræsentant for selskabet, som har den mest tilbundsgående viden om de forhold, som er anført i bilag 1, vedlagt, til rådighed, og at samme person giver møde for at afgive en vidneerklæring til anvendelse under denne retssag.

Det anmodes endvidere om, at den danske juridiske autoritet med de midler den har til rådighed pålægger Coloplast A/S at gennemgå og fremlægge de dokumenter, som der anmodes om i bilag 2, som er vedlagt.

9.      Identitet og adresse for enhver person, som vil blive afhørt, og det henstillede tidspunkt og afhøringsstedet:

Der anmodes om, at der tages vidneforklaring fra de følgende medarbejdere hos Coloplast A/S:

>       Den repræsentant for selskabet Coloplast A/S, som har den mest tilbundsgående
>           viden om de forhold, som er anført i bilag 1, som er vedlagt.
>       Coloplast A/S
>       Holtedam 1
>       DK - 3050 Humlebæk, Danmark
>       Tlf: +45 49 11 11 11

Det anmodes om at afhøringen foretages i henhold til aftale mellem de involverede parter. Sagsøgte anmoder endvidere om, at afhøringerne fortsætter indtil de er fuldført i den rækkefølge og på de hensigtsmæssige datoer og tidspunkter, som er blevet aftalt med de involverede parter og vidnerne, og at de dokumenter, som man beder Coloplast A/S om at fremlægge bliver fremlagt mindst 30 dage før afhøringen påbegyndes.

10.     Erklæring om de emner, hvorom vidnerne skal afhøres:

Se venligst hoslagte bilag 1.

11.     Dokumenter og anden ejendom, som skal inspiceres:

Se venligst vedlagte bilag 2.

12.    Anmærkninger om, hvorvidt bevismaterialet skal fremlægges under edsaflæggelse eller med bekræftelse, og hvor vidt nogen specielle formularer skal bruges:

Vidnerne skal afhøres under edsaflæggelse eller bekræftelse eller skal som alternativ have forklaret konsekvenserne af at afgive usande eller falske svar i henhold til danske love.

13.    Specielle metoder eller procedurer, som skal følges:

Det anmodes om at:

(a)    De amerikanske  advokater for parterne i søgsmålet*Southeast Missouri Hospital and Saint Francis Medical Center vs. C.R. Bard, Inc.,* som p.t. verserer i United States District Court for the Eastern District of Missouri, og advokater for vidnerne skal have mulighed for at deltage i vidneforklaringsaflæggelsen og skal være berettiget til at udspørge vidnet,

(b)    En stenograf og en videograf skal have tilladelse til ordret at optage afhøringen af vidnet,

(c)    Alle dokumenter anført i bilag 2 skal fremlægges mindst 30 (tredive) dage før den planlagte afhøring.

14.    Specificering af privilegier og pligter ved afgivelse af vidneforklaring i henhold til loven i oprindelseslandet:

I henhold til amerikanske love kan en person eller enhed nægte at fremlægge bevismateriale, som involverer offentliggørelse af kommunikation, som blev foretaget i fortrolighed af denne til sin advokat eller fra advokaten til denne, når sådan kommunikation var et led i anmodning om juridisk rådgivning for personen eller enheden. Dette privilegium er kendt som advokat-klient-fortrolighed. Derudover, hvis personen eller enheden udfører gennemsyn med det ene formål at hjælpe sin advokat med henblik på et søgsmål, kan personen eller enheden nægte at fremlægge dokumenter, som angår sådanne gennemsyn, med mindre den part, som søger bevismateriale kan påvise et væsentligt behov for bevismaterialet, og manglende mulighed for at opnå et i det væsentlige lignende bevismateriale på anden måde uden urimelig bebyrdelse. Dette er kendt som advokatsarbejdsproduktdoktrinen. Hvis nogen dokumenter tilbageholdes af en af disse årsager, skal en erklæring herom udfærdiges, og alle dokumenter tilbageholdt på dette grundlag skal være skriftligt identificeret for den part, som søger at opnå disse. Den anmodende autoritet er klar over, at vidnet kan nægte at fremlægge bevismateriale, hvis han har noget privilegium i henhold til dansk lovgivning.

15.    Gebyrer og omkostninger:

De gebyrer og omkostninger, som kan godtgøres i henhold til paragraf 2, artikel 14 eller under artikel 26 af konventionen, vil blive betalt af C.R. Bard, Inc., c/o Winston & Strawn LLP, 35 W. Wacker, Chicago, Illinois, 60657, USA.

16.     Anmodningens dato:

        Den _____. dag i _____ , 2008

17.     Den anmodende autoritets underskrift og segl:

_____
Thomas C. Mummert III
Byretsdommer for Amerikas forenede Stater
The United States District Court for the Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. 10th Street, Suite 3300
St. Louis, MO 63102
USA
tlf: +1 (314) 244-7900


_____
Retssekretær
The United States District Court for the Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. 10th Street, Suite 3300
St. Louis, MO 63102
USA
tlf: +1 (314) 244-7900

8

## **BILAG 1**

1.      Coloplast A/S' private licensaftale med Rochester Medical Corporation, indgået mellem Coloplast A/S og Rochester Medical i juni 2002, inklusive, men ikke begrænset til forberedelser på at indgå denne aftale, salg som har fundet sted i henhold til denne aftale, og den senere opsigelse af aftalen.

2.      Coloplast A/S' overtagelse af Mentors urologiforretning.

3.      Mentors salg af urologiske katetre, deriblandt, men ikke begrænset til salg af infektionskontrol- eller antimikrobiske Foley katetre fabrikeret af Mentors urologiforretning.

## BILAG 2

1.      Kopier af alle dokumenter, som er blevet fremlagt af Coloplast A/S i forbindelse med søgsmålet *Rochester Medical Corp. vs. C.R. Bard, et al.* ("*Rochester*"), verserende i United States District Court for the Eastern District of Texas, Civil Action Nr. 504 CV 060. Disse dokumenter blev fremlagt af Coloplast d. 21.10.2005 og d. 16.12.2005 efter en tredieparts indstævning forkyndet af Defendant Premier, Inc. (alternativt kan Coloplast A/S opfylde denne anmodning ved at indvillige i at disse dokumenter bliver fremlagt, eftersom Bard stadig har disse dokumenter i besiddelse under afventning af afslutning af *Rochester Medical*-sagen, men er blevet forbudt at fremlægge dem i henhold til *Rochester Medical*-sagens beskyttelsesordre uden Coloplast A/S' samtykke).

2.      Alle dokumenter fra 2005 frem til d.d. som angår enhver overvejet eller faktisk aftale mellem Coloplast og Rochester Medical angående salg, distribution eller fabrikation af Rochester Medical-produkter.

3.      Alle dokumenter fra 2005 frem til d.d. angående alle forhandlinger foretaget mellem Coloplast og Rochester Medical med henblik på at indgå en aftale om markedsføring, fabrikation eller distribution af Rochester Medical-produkter.

4.      Alle dokumenter fra 2005 frem til d.d. angående Coloplasts forretningsstrategi hvad angår prisfastsættelse, markedsføring, distribution eller fabrikation af Rochester Medical-produkter, inklusive, men ikke begrænset til dokumenter relateret til enhver faktisk eller potentiel forhindring for markedsføring, distribution eller fabrikation af Rochester Medical-produkter.

5.      Alle dokumenter fra 2005 frem til d.d. angående opsigelse eller ikke-fornyelse af enhver aftale om markedsføring, fabrikation eller distribution mellem Rochester Medical og Coloplast, deriblandt, men ikke begrænset til Coloplasts beslutning i 2006 eller 2007 om at ophæve dets aftale om markedsførings- og distributionsrettigheder for Release-NF-kateteret.

10

6.      Alle dokumenter fra 2005 frem til d.d. som i tilstrækkelig grad belyser Coloplasts totale årlige salg af Rochester Medical-produkter foregået som led i en markedsførings-, fabrikations- eller distributionsaftale med Rochester Medical.

7.      Alle dokumenter fra 2005 frem til d.d. relateret til enhver klinisk afprøvning eller evaluering af Rochester Medical-produkter, inklusive, men ikke begrænset til alle dokumenter relateret til Rochester Medical-produkters præstation eller effektivitet i prøver eller klinisk brug.

8.       Alle dokumenter fra 2003 frem til d.d. angående Coloplasts beslutning om at overtage Mentors urologiforretning.

9.      Dokumenter, som i tilstrækkelig grad viser den pris, Coloplast betalte for at overtage Mentors urologiforretning.

10.     Dokumenter, som i tilstrækkelig grad viser alle infektionskontrol- eller antimikrobiske Foley-katetre fabrikeret af Mentors urologiforretning eller solgt af Mentors urologiforretning under en privat varemærke-aftale fra 2003 frem til d.d.

11.     Dokumenter som er tilstrækkelige til at vise, baseret på alle transaktioner for hvert produkt, salg (efter enhed og i USD) fra Mentors urologiforretning af de følgende produkter fra 2003 frem til d.d., inklusive, men ikke begrænset til privat varemærke-produkter:

a. Standard Foley katetre

b. Infektionskontrol- eller antimikrobiske Foley katetre.

c. Intermitterende katetre

d. Mandlige eksterne katetre.

Denne information skal identificere den købende entitet (inklusive navn og adresse), gruppeindkøbsorganisationen (inklusive, men ikke begrænset til Novation, Premier, MedAssets, Amerinet, Broadlane, og HealthTrust Purchasing Group) kontrakt, integreret leveringsnetværk-kontrakter eller andre aftaler, som lå til grund for købet og prisstrukturen.

12.    Alle dokumenter relateret til enhver evaluering, rapport eller undersøgelse fra 2003 frem til d.d. angående effektiviteten af ethvert Mentor eller Coloplast A/S anti-infektion eller antimikrobisk urologisk kateterprodukter.